UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-01497-MEMF-PD Date: August 5, 2026

Title *Haneef Shakeel Jacksonbey v. D. Jones, et al.*

Present: The Honorable: Patricia Donahue, U.S. Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order Requiring Defendants R. Ortiz and Nurse Cuevas to Show Cause Why Default Should Not be Entered Against Them**

Plaintiff Haneef Shakeel Jacksonbey ("Plaintiff") filed a Second Amended Complaint against Defendants R. Ortiz, Health Servies Adminsitrator and Nurse Cueveas alleging deliberate indifference to his medical care in violation of the Eighth Amendment. Dkt. No. 21.

On October 31, 2025, the Court issued an Order Directing Service by the United States Marshal on Defendants R. Ortiz, Health Servies Adminsitrator and Nurse Cueveas. Dkt. No. 22.

On April 10, 2026, a process receipt and and return (USM 285 forms) and waiver of service of summons on Defendants Ortiz and Nurse Cuevas were filed. Dkt. Nos. 31-34. Defendant Ortiz executed the waiver of service of summons form on February 26, 2026. Dkt. No. 31. Defendant Nurse Cuevas executed the waiver of service of summons form on March 6, 2026. Dkt. No. 33. Defendants' responses to the Second Amended Complaint were due to be filed within 60 days after the waiver forms were signed. The 60-day time period has passed and Defendants have not made an appearance or requested an extension of time.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:25-cv-01497-MEMF-PD Date: August 5, 2026

Title *Haneef Shakeel Jacksonbey v. D. Jones, et al.*

Accordingly, it is Hereby Ordered that:

1. By no later than **August 25, 2026**, Defendants Ortiz and Nurse Cuevas shall show cause why default should not be entered against them**;**

2. To facilitate their ability to comply with this Order, Defendants Ortiz and Nurse Cuevas obligation to respond to the Second Amended Complaint is extended to **August 25, 2026**;

3. Defendants Ortiz and Nurse Cuevas failure to respond to this Order may result in entry of default against Defendants; and

4. The Clerk's office shall serve a courtesy copy of this Order on Defendants and the United States Attorney's Office at:

R. Ortiz, Health Services Administrator
USP Victorville,
13777 Air Expressway Blvd.
Victorville, CA 92394

FNU Cueveas, Registered Nurse
USP Victorville,
13777 Air Expressway Blvd.
Victorville, CA 92394

Office of US Attorney
300 North Los Angeles Street, Suite 7516
Los Angeles, CA 90012

IT IS SO ORDERED.